| | |
|---|---|
| 1  James W. McGarry *(Pro Hac Vice)*<br>   jmcgarry@goodwinprocter.com<br>2  **GOODWIN PROCTER LLP**<br>   53 State Street<br>3  Boston, MA  02109-2802<br>   Tel.:  617.570.1000<br>4  Fax:  617.523.1231 | E-FILED 03/11/14<br><br>JS-6 |

```
 5   Matthew S. Sheldon (Pro Hac Vice)
     msheldon@goodwinprocter.com
 6   GOODWIN PROCTER LLP
     901 New York Avenue NW
 7   Washington, DC  20001
     Tel.:  202.346.4000
 8   Fax.:  202.346.4444

 9   Laura A. Stoll (SBN 255023)
     lstoll@goodwinprocter.com
10   GOODWIN PROCTER LLP
     601 S. Figueroa Street, 41st Floor
11   Los Angeles, CA  90017
     Tel.:  213.426.2500
12   Fax.:  213.623.1673

13   Attorneys for Defendant
     BANK OF AMERICA, N.A., for itself
14   and as successor by merger to BAC
     HOME LOANS SERVICING, LP
15
     [ADDITIONAL COUNSEL LISTED IN
16   SIGNATURE BLOCK]
```

17                    **UNITED STATES DISTRICT COURT**

18                    **CENTRAL DISTRICT OF CALIFORNIA**

19                            **WESTERN DIVISION**

20

| | |
|---|---|
| LaJOI McCLENDON, on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP,<br><br>            Defendant. | Case No. 5:12-cv-02028-PSG-JC<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Judge:  Judge Philip S. Gutierrez<br>Crtrm:  880<br><br>Amended Complaint Filed:  September 26, 2013 |

ACTIVE/71724659.1

1   Upon consideration of the Stipulation To Dismiss with Prejudice
2   ("Stipulation"), and good cause appearing, IT IS HEREBY ORDERED THAT the
3   Stipulation is hereby GRANTED.  Plaintiff LaJoi McClendon's claims in this action
4   are hereby dismissed with prejudice.  Each party shall bear his/her/its own
5   attorneys' fees and costs.
6   **IT IS SO ORDERED.**
7
8   Dated:  __3/10/_____, 2014         PHILIP S. GUTIERREZ
9                                           HON. PHILIP S. GUTIERREZ
                                            UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ACTIVE/71724659.1